JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| HERBERT JOHNSON,<br><br>      Petitioner,<br><br>      v.<br><br>LONG BEACH COURT,<br><br>      Respondent. | No. 2:25-cv-10511-RGK-BFM<br><br>**ORDER DISMISSING PETITION WITHOUT PREJUDICE** |

Petitioner Herbert Johnson filed this Petition for Writ of Habeas Corpus in the Northern District of California in September 2025. (ECF 1.) The Petition was transferred to this Court in October 2025. (ECF 4.) In December 2025, Petitioner filed a Request to proceed in forma pauperis. (ECF 8.) The assigned Magistrate Judge screened the Petition and ordered Petitioner to show cause why the Petition should not be dismissed for failure to exhaust. (ECF 9.)

The Court subsequently received a letter from Petitioner stating that he had not intended to file the Petition and asked the Court to send his filing back to him. (ECF 10.) The Magistrate Judge explained that the Court did not have

his original file since the Petition was initially filed in Northern California and instead sent a copy of the Petition from the Court's docket. (ECF 11.) Petitioner's response to the Order to Show Cause, received January 15, 2026, reiterates that the Petition was filed in error and renews his request for the Court to send back his original filing. (ECF 12.)

In light of Petitioner's stated position, the Petition is **dismissed without prejudice** and the case is closed. Further, Petitioner's request for the return of his original filing is **denied**, since the Court does not have that filing.

DATED: **1/27/2026** _____

_____

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2